**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**                    **Case No. 2:22-CR-156(7)**
                                             **JUDGE EDMUND A. SARGUS, JR.**

    **v.**

**MICHELLE LLOYD,**

    **Defendant.**

## ORDER

This matter is before the Court on the Government's Motion to Dismiss the Indictment without prejudice against Michelle Lloyd. (ECF No. 320.) The Government represents that due to additional information developed over the course of this investigation, the government no longer believes the continued prosecution of the above-named defendant is in the furtherance of justice.

The Motion to Dismiss the Indictment is **GRANTED** and this case against Michelle Lloyd is now **DISMISSED without prejudice.**

    **IT IS SO ORDERED.**

**1/31/2023**                                                            **s/Edmund A. Sargus, Jr.**
**DATED**                                                                 **EDMUND A. SARGUS, JR.**
                                                                                 **UNITED STATES DISTRICT JUDGE**